# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # **6**

USCA NO. _____

SDNY NO. 07cv5755

JUDGE: KMW

DATE: July 24, 2007

Jackson

-v-

Sing Sing Correctional Facility

JUL 24 2007

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME)  THOMAS PISARCZYK
FIRM  APPEALS SECTION
ADDRESS  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY
500 PEARL STREET, NEW YORK, NEW YORK 10007
PHONE NO.  (212) 805-0636

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENTS                                                    DOC#

Clerk's Certificate

See Attached List of Numbered Documents

(X) Original Record                              (___) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 24th Day of July, 2007.

United States District Court for
the Southern District of New York

------------------------------------------------

Jackson

-v-

Sing Sing Correctional Fac.

------------------------------------------------

Date: July 24, 2007

U.S.C.A. # _____

U.S.D.C. # 07 cv 5755

D.C. JUDGE KMW

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

**Date Filed**                              **Document Description**

_____

_____

_____

_____

_____

_____

_____

_____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 24th Day of July In this year of our Lord, Two Thousand and Seven, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL, CLOSED

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-05755-KMW
### Internal Use Only

Jackson v. Sing Sing Correctional Facility
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/18/2007
Date Terminated: 06/18/2007
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 06/18/2007 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Anthony Jackson.(jpo) (Entered: 06/27/2007) |
| 06/18/2007 |  | Magistrate Judge James C. Francis is so designated. (jpo) (Entered: 06/27/2007) |
| 06/18/2007 | 2 | COMPLAINT against Sing Sing Correctional Facility. Document filed by Anthony Jackson.(jpo) (Entered: 06/27/2007) |
| 06/18/2007 | 3 | ORDER OF DISMISSAL Plaintiff's request to proceed in forma pauperis is granted, but fir the following reasons, the complaint is dismissed. Accordingly, plaintiff's complaint is dismissed for failure to state a claim upon which relief may be granted. The court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/11/2007) (mbe) (Entered: 07/02/2007) |
| 06/18/2007 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 6/18/2007) (mbe) (Entered: 07/02/2007) |
| 07/05/2007 | 5 | NOTICE OF APPEAL from [4] Judgment - Sua Sponte (Complaint). Document filed by Anthony Jackson. Copies sent to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 07/23/2007) |
| 07/05/2007 |  | Appeal Remark as to [5] Notice of Appeal filed by Anthony Jackson. $455.00 APPEAL FEE DUE. IFP REVOKED 6/11/07. (tp) (Entered: 07/23/2007) |
| 07/23/2007 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: [5] Notice of Appeal. (tp) (Entered: 07/23/2007) |
| 07/23/2007 |  | Transmission of Notice of Appeal to the District Judge re: [5] Notice of Appeal. (tp) (Entered: 07/23/2007) |